UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KINGSVISION PAY-PER-VIEW, LTD.,

                    Plaintiff,                    ORDER
                                                    06 CV 5066 (ILG) (MDG)

      -against-

SOLUNA BAR LOUNGE, INC.,
d/b/a Soluna Bar and Lounge, et al.,

                    Defendants.
-----------------------------------------------------------x
GLASSER, United States District Judge:

      A Report and Recommendation of Magistrate Judge Go, dated May 27, 2008, recommending that plaintiff be awarded judgment against the defendants, jointly and severally, in the amount of $8,792 in statutory and enhanced damages, $840 in attorney's fees and $350 in costs, for a total judgment of $9,982. Any objections were to be made on or before June 13, 2008, and that failure to do so may waive the right to appeal. As of this date, no objection has been filed.

      The Report and Recommendation, which thoroughly reviewed the facts and the controlling authorities is, after due consideration, hereby adopted in its entirety. Accordingly, it is hereby ordered that judgment be entered in favor of plaintiffs and against the defendants, jointly and severally, in the amount of $8,792 in statutory and enhanced damages, $840 in attorney's fees and $350 in costs, for a total judgment of $9,982.

      SO ORDERED.

Dated:      Brooklyn, New York
              June 27, 2008

                                                               S/
                                               I. Leo Glasser